In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-11-00610-CR**
**NO. 09-11-00611-CR**

_____

**ACE ALLEN KRETZER JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 1st District Court**
**Newton County, Texas**
**Trial Cause Nos. ND 6577 and ND 6578**

**ORDER**

The appellant filed a motion to abate the appeals and to remand the cases to the trial court for preparation of written findings of fact and conclusions of law. The appellee did not file a response.

It is, therefore, ORDERED that the appeals are ABATED and the cases REMANDED to the trial court for entry of findings of fact and conclusions of law. The trial court's findings of fact and conclusions of law shall be included in supplemental clerk's records and filed with the Court of Appeals by January 14, 2013. The appeals

1

will be reinstated without further order of the Court when the supplemental clerk's records are filed.

ORDER ENTERED December 13, 2012.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.